IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES DAVID DERRINGER, | § | |
| | § | |
| | § | Civil Action No. 3:06-1471-M |
| v. | § | |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| Director, Texas Department of Criminal | § | |
| Justice Correctional Institutions Division, | § | |
| | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Willam F. Sanderson, Jr. made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of the findings and recommendation. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 27 day of February, 2007.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1